# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

United States of America
v.
Terrance Leroy Fisher

)
)
)
)
)
)
)

Case No:  7:02-CR-103-1BR

USM No:  21199-056

Date of Original Judgment:  May 9, 2006
Date of Previous Amended Judgment:  August 17, 2009
*(Use Date of Last Amended Judgment if Any)*

Thomas P. McNamara
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected
in the last judgment issued)* of  169   months **is reduced to**  134 months per count, concurrent.
This sentence consists of a term of 134 months in each of Counts 3, 4, 5, 6, and 7, concurrent, for a total term of 134
months imprisonment.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served"
sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated  May 9, 2006, and August 17, 2009
shall remain in effect. **IT IS SO ORDERED.**

Order Date:  5/15/2012

*W. Earl Britt, Senior U.S. District Judge*
*Printed name and title*

Effective Date:
*(if different from order date)*