UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:02-CR-103-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERRANCE LEROY FISHER | ) | |

This matter is before the court on defendant's motions to terminate the remaining term of supervised release and to refund payments for a fine that was subsequently remitted. (DE ## 93, 94.) The U.S. Probation Office has responded, stating that neither it nor the U.S. Attorney opposes the termination of the remaining period of supervision. The U.S. Attorney has not filed a response to the motion to refund the fine payments, and the time within which to do so has expired. For good cause shown, the motions are ALLOWED. The court finds that termination of the remainder of defendant's term of supervised release is warranted by defendant's conduct and the interest of justice. See 18 U.S.C. § 3583(e). It is hereby ORDERED that:

1. The remainder of defendant's term of supervised release is terminated, and defendant is discharged from supervision; and

2. The Clerk is DIRECTED to disburse the $4,344.72 heretofore collected to Terrance L. Fisher.

This 2 December 2014.

                                                                W. Earl Britt
                                                                 Senior U.S. District Judge